UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SEANDRA DANIEL, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>ROSE INTERNATIONAL, INC., VERIZON COMMUNICATIONS, INC., AND DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 4:26-cv-00332-JMD<br><br>**JURY TRIAL DEMANDED** |

**JOINT STATUS REPORT OF THE PARTIES**

COME NOW Plaintiff and Defendants, by and through their undersigned counsel, and state as follows for their Joint Status Report:

1. On or about May 19, 2026, this matter was stayed for 90 days.

2. On July 17, 2026, new counsel for the Defendants entered their appearance.

3. Counsel for Plaintiff and new counsel for the Defendants have discussed the status of the case and hereby request an extension of the stay for sixty (60) days, to and including Friday, October 16, 2026 to allow counsel to continue to discuss the status of discovery issues and potential resolution of the same.

WHEREFORE, counsel for Plaintiff and Defendants hereby request an extension of the stay for sixty (60) days, to and including Friday, October 16, 2026.

/s/Alyson Steele Beridon
Alyson Steele Beridon, #87496 (OH)
Herzfeld, Suetholz, Gastel, Leniski
& Wall, PLLC
600 Vine St., Ste. 2720
Cincinnati, OH 45202
(513) 381-2224 (Phone)
(615) 994-8625
alyson@hsglawgroup.com
Attorney for Plaintiff

/s/Trent B. Miracle
Trent B. Miracle, #502102 (MO)
Flint Cooper Cohn
Thompson & Miracle
222 E. Park Street, Suite 500
Edwardsville, IL 62025
(618) 288-4777 (Phone)
(618) 288-2864 (Fax)
tmiracle@flintcooper.com
Local Counsel for Plaintiff

/s/Jacob R. Rusch
Jacob R. Rusch, #0391892 (MN)
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
(612) 436-1800 (Phone)
(612) 436-1801 (Fax)
jrusch@johnsonbecker.com
Lead Attorneys for Plaintiff

/s/Joseph F. Callahan
Joseph F. Callahan, #45878 (MO)
Brown & James, P.C.
800 Market Street, Suite 1100
St. Louis, Missouri 63101
(314) 421-3400 / (314) 421-3128 (Fax)
jcallahan@bjpc.com
Attorneys for Defendants
Rose International, Inc. and
Verizon Communications, Inc.

#33614108.1